IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09CV399-RLV-DCK

| | |
|---|---|
| MARIO E. GIAMMATTEI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| BERTRAM YACHT, INC., a Delaware corporation, and MARINEMAX EAST, INC., a Delaware corporation, | ) ) ) ) |
| Defendants. | ) |

### ORDER ADMITTING KERI LYNDA HORVAT
### TO PRACTICE *PRO HAC VICE*

FOR GOOD CAUSE SHOWN, and on Defendant Bertram Yacht, Inc.'s "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) and payment of the $250.00 admission fee on behalf of the Applicant, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Keri Lynda Horvat be admitted to practice *pro hac vice* before this Court in order to represent Defendant Bertram Yacht, Inc. in the above-captioned matter.

Signed: September 18, 2009

David C. Keesler
United States Magistrate Judge